# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

PLB Investments LLC, et al.

                    Plaintiff,

v.                                    Case No.: 1:20−cv−01023

                                                       Honorable Sara L. Ellis

Heartland Bank and Trust Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 17, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for leave to file instanter notice of supplemental authority in support of motions to dismiss [42]. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.